IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSE CHAVEZ and MARIA RODRIGUEZ, Individually and on behalf of J.C., a minor,<br>    Plaintiffs,<br><br>v.<br><br>UPLIFT EDUCATION,<br>    Defendant. | §<br>§<br>§<br>§<br>§   No. 3:25-CV-1749-K-BW<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' Motion to Vacate Voluntary Dismissal and Reinstate Case, pursuant to Federal Rule of Civil Procedure 60(b) (Dkt. No. 23) is **DENIED**.

SO ORDERED.

Signed November 4th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE